**PEOPLE'S NAT. BANK OF BROOKLYN IN NEW YORK**, Respondent, v. SCHISSEL, Appellant. (Supreme Court, Appellate Division, Second Department. November 6. 1914.) Action by the People's National Bank of Brooklyn in New York against Paul Schissel. No opinion. Judgment and order affirmed, with costs.

---

**PERHAM**, Respondent, v. COTTLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by B. Frank Perham, individually and as administrator, etc., against Jennie Williams Cottle, individually and as executrix, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

**PERHAM v. COTTLE et al.** (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Henrietta F. Perham against Jennie Williams Cottle, individually and as executrix, etc., and others, impleaded with Edmund P. Cottle. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

---

**In re PERRIN.** (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) In the matter of the application of Frances H. Perrin for the appointment of commissioners to determine and assess the damages against the city of Rochester resulting to her property from a change of grade upon East avenue in said city. No opinion. Motion to dismiss appeal denied, with $10 costs. Argument of appeal set down for October 9th.

---

**PERRY**, Respondent, v. PETER KEELER BLDG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by George H. Perry against the Peter Keeler Building Company. No opinion. Motion granted to dismiss appeal, unless appellants file and serve briefs not later than October 20, 1914.

---

**In re PETZE.** (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of William R. Petze. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

**PFEIFFER v. IRON ELEVATOR & TRANSFER CO.** (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Appeal from Trial Term. Action by Ida Pfeiffer, as administratrix of the estate of Gustave Pfeiffer, deceased, against the Iron Elevator & Transfer Company. Judgment for defendant, and plaintiff appeals. Affirmed.

See, also, 153 App. Div. 937, 138 N. Y. Supp. 1137. W. J. Wetherbee, of Buffalo, for appellant. D. J. Kenefick, of Buffalo, for respondent.

PER CURIAM. Upon the former appeal the verdict was held to be "contrary to and against the weight of the evidence." We now hold, upon the present record, not only that the weight of the evidence is against the plaintiff upon the question of defendant's negligence, but also that as matter of law the evidence is insufficient to establish actionable negligence against the defendant. The record discloses no reversible error, and therefore the plaintiff's exceptions should be overruled, the motion for a new trial denied, and judgment having been entered, and an appeal also taken therefrom, the judgment should be affirmed, with costs.

---

**PIERCE v. SUN INS. OFFICE.** (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Fred E. Pierce against the Sun Insurance Office. No opinion. Application granted. Order signed. See, also, 86 Misc. Rep. 1, 147 N. Y. Supp. 947.

---

**PLINUS v. FIELDSTEEL.** (Supreme Court, Appellate Term, First Department. November, 19, 1914.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Adele Plinus against Charles S. Fieldsteel. Judgment for plaintiff, and defendant appeals. Reversed, and new trial granted. Otto A. Glasberg, of New York City, for appellant. Nathaniel Choloney, of New York City, for respondent.

BIJUR, J. This action was brought to recover on a check made and delivered by defendant to plaintiff's assignors. The record is meager and exceedingly unsatisfactory. Respondent does not attempt to explain the fact that the judgment was rendered for $100.23 damages, although the check is for $101.54. Moreover, it seems quite evident on the record that the defendant was entitled to be allowed at least one of the counterclaims interposed by him, for $10.15 costs, awarded in a previous action brought by the same plaintiff against him, evidence of which was admitted at the trial. Under the circumstances, it is evident that the issues presented by the pleadings should receive a deliberate trial, and a judgment be rendered in accordance with the resulting evidence. Judgment reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

---

**PLUEMER**, Appellant, v. BERWIND, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Adolph Pluemer against Edward J. Berwind. J. P. Everett, of New York City, for appellant. J. W. Welsh, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.